E-filing

1 | Randolph S. Hicks, Esq. - SBN 83627
Richard G. Grotch, Esq. - SBN 127713
2 | Sarvenaz J. Fahimi, Esq. - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
3 | **A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
4 | Redwood City, California 94065-2133
(650) 592-5400 Phone
5 | (650) 592-5027 Fax

6 | **ATTORNEYS FOR** Defendants
Southwest Airlines Co., David Modic and
7 | Carolyn Onogomuho

**F I L E D**

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LIONEL BEA,                                    No. 04-CV-04937-MJJ

13 |                      Plaintiff,              STIPULATION AND PROPOSED
                                               ORDER REQUESTING EXTENSION
14 | vs.                                          OF DISCOVERY CUT-OFF

15 | SOUTHWEST AIRLINES CO., a
California corporation; DAVID MODIC, an
16 | individual; CAROLYN ONOGOMUHO,
an individual; and DOES 1-25,
17
                     Defendants.
18
_____/
19

20 | IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and between their

21 | respective counsel, that the current discovery cut-off deadline of December 31, 2005, be extended

22 | to and including February 15, 2006. This stipulation is made based upon calendar conflicts of

23 | counsel for all parties, counsel's participation in other matters set for trial in Decemer of 2005 and

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

Stipulation and Proposed Order Requesting Extension of Discovery
Cut-off, Case No. 04-CV-04937-MJJ

1  January of 2006, and counsel's agreement to defer discovery pending efforts to resove the case via

2  two private mediation sessions.

3  Dated: January 6, 2006                     CODDINGTON, HICKS & DANFORTH

4                                                          /s/

5                                              By:_____
                                                      Randolph S. Hicks
6                                                     Attorneys for Defendants
                                                      Southwest Airlines Co., David Modic and
7                                                     Carolyn Onogomuho

8  Dated: December 27, 2005                   TAYLOR & GOINS LLP

9                                                          /s/

10                                             By:_____
                                                      Vernon C. Goins II
11                                                    Attorneys for Plaintiff
                                                      Lionel Bea

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  Dated: ___1/12/2006___                    _____
16                                             Honorable Martin J. Jenkins

17

18

19

20

21

22

23

24

25

26

27

28

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Stipulation and Proposed Order Requesting Extension of Discovery
Cut-off, Case No. 04-CV-04937-MJJ