1  Randolph S. Hicks, Esq. - SBN 83627
   Richard G. Grotch, Esq. - SBN 127713
2  Sarvenaz J. Fahimi, Esq. - SBN 226148
   **CODDINGTON, HICKS & DANFORTH**
3  **A Professional Corporation, Lawyers**
   555 Twin Dolphin Drive, Suite 300
4  Redwood City, California 94065-2133
   Tel.  (650) 592-5400
5  Fax. (650) 592-5027
   Email: rgrotch@chdlawyers.com
6
   **ATTORNEYS FOR** Defendants
7  SOUTHWEST AIRLINES CO., DAVID MODIC and
   CAROLYN ONOGOMUHO
8

9                **UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  LIONEL BEA,                           No. C 04-4937 MJJ
                                           ORDER GRANTING:
13                  Plaintiff,            STIPULATION TO REQUEST AN
                                          ORDER RE-SETTING THE LAST DATE
13  vs.                                   FOR HEARING ON DEFENDANTS'
                                          MOTION FOR PARTIAL SUMMARY
14                                        JUDGMENT AND CONTINUING THE
    SOUTHWEST AIRLINES CO., a             HEARING DATE AND FILING DATES
15  California corporation; DAVID M., an  FOR OPPOSITION AND REPLY
    individual; CAROLYN ONOGOMUHO,        MEMORANDA
16  an individual; and DOES 1-25,

17                  Defendants.
                                        /
18

19          IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel,

20  as follows:

21          WHEREAS on March 22, 2005, the Court entered a Pretrial Order (Docket No. 29) which

22  provided, *inter alia*, that dispositive motions shall be heard by February 28, 2006; and

23          WHEREAS on January 24, 2006, defendants filed their motion for partial summary judgment

24  (Docket Nos. 35-38) which was noticed for hearing on February 28, 2006; and

25          WHEREAS the plaintiff believes he needs additional time to obtain discovery and to

26  continue to explore the feasibility of an amicable resolution of this case before opposing defendants'

27  motion;

28  ///

    Stipulation for Order Continuing Hearing on Motion for
    Summary Judgment – C 04-4937 MJJ

1  IT IS HEREBY STIPULATED that the hearing on defendants' pending motion for partial

2  summary judgment may be continued to **March 28, 2006 at 9:00 a.m.** in Courtroom 11,

3  notwithstanding the previously established deadline for the hearing of dispositive motions.

4  Consistent with Civil Local Rule 7-7(d), the time for filing and serving opposing papers or reply

5  papers shall be extended to 21 and 14 days, respectively, preceding the new hearing date.

6  IT IS SO STIPULATED.

7  Dated: February 2, 2006                    TAYLOR & GOINS LLP

8

9                                                       /s/
10  By:_____
                                                      Vernon C. Goins II
                                                      Attorneys for Plaintiff
11                                                    Lionel Bea

12

13  Dated: February 2, 2006                    CODDINGTON, HICKS & DANFORTH

14

15                                                       /s/
    By:_____
16                                                    Richard G. Grotch
                                                      Attorneys for Defendants
17                                                    Southwest Airlines Co., David Modic and
                                                      Carolyn Onogomuho

18

19                              **ORDER**

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  Dated: February 7, 2006

22

23  _____
    Honorable Martin J. Jenkins
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300

Stipulation for Order Continuing Hearing on Motion for
Summary Judgment – C 04-4937 MJJ

2