**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEA,                                  | No. C04-04937 MJJ |
| Plaintiff,                            | **ORDER TO SHOW CAUSE** |
| v.                                    | |
| SOUTHWEST AIRLINES CO. *et al.*,      | |
| Defendant.                            | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendants' Motion for Partial Summary Judgment, which is scheduled for hearing on March 28, 2006[1] Under the Civil Local Rules, the opposition was due three weeks before the hearing date. The hearing is hereby **VACATED**.

Plaintiff is hereby **ORDERED** to show good cause in writing, by **Friday, March 17, 2006**, by the end of the business day, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

///

///

---

[1] On February 2, 2006, the parties stipulated to continue the hearing on March 28, 2006, which was originally scheduled for February 28, 2006.

1  Plaintiff **shall** file his opposition with his response to this order to show cause if Plaintiff is
2  opposing the motion. Defendants may file a reply one week after Plaintiff files his opposition.
3  Failure to respond to this order shall result in the imposition of sanctions, which may include
4  granting the motion.

9  **IT IS SO ORDERED.**

12  Dated: March 14, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE