

FILED

APR 0 5 2006

RICHARD W. WIEKING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEA,

        Plaintiff,

v.

SOUTHWEST AIRLINES CO. ET AL,

        Defendant.

               /

No. C04-04937 MJJ

**ORDER OF CONDITIONAL DISMISSAL**

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 4/5/2006

MARTIN J. JENKINS
United States District Judge

**United States District Court**
For the Northern District of California